IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADMIRAL INSURANCE GROUP doing business as ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY A. WINIKOFF, ESQUIRE and DELL, MOSER, LANE & LOUGHNEY, LLC,<br><br>Defendants. | 2:16cv391<br>Electronic Filing<br><br>Judge David Stewart Cercone<br>Chief Magistrate Judge Maureen P. Kelly<br><br><br><br><br><br>Re: ECF No. 7 |

**ORDER**

AND NOW, this 14th day of October, 2016, after Plaintiff Admiral Insurance Group *d/b/a* Admiral Insurance Company, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until October 7, 2016, to file written objections thereto, and upon consideration of the Objections filed by both Plaintiff and Defendants, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, ECF No. 7, is granted in part and denied in part: the Motion is denied with respect to Plaintiff's claim for legal malpractice brought at Count I of the Complaint and granted as to Plaintiff's claim for breach of contract brought at Count II.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Cathie J. Fagan, Esquire
Richard S. Canciello, Esquire
Donald H. Smith, Esquire
(*Via CM/ECF Electronic Mail*)