IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADMIRAL INSURANCE GROUP doing business as ADMIRAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STANLEY A. WINIKOFF, ESQUIRE and DELL, MOSER, LANE & LOUGHNEY, LLC,<br><br>　　　　Defendants. | 2:16cv391<br>Electronic Filing<br><br>Judge David Stewart Cercone<br>Chief Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 55 |

# **O R D E R**

AND NOW, this 26th day of September, 2017, after Plaintiff Admiral Insurance Group *d/b/a* Admiral Insurance Company, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants Stanley A. Winikoff, Esquire and Dell, Moser, Lane & Loughney, LLC, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until September 11, 2017, to file written objections thereto, and upon consideration of the Objections filed by Defendants and Plaintiff's Response in Opposition to Defendants' Objections, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, ECF No. 55 is DENIED.

　　　　　　　　　　　　　　　　　　　s/ DAVID STEWART CERCONE
　　　　　　　　　　　　　　　　　　　David Stewart Cercone
　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Dale K. Forsythe, Esquire
Richard S. Canciello, Esquire
James R. Schadel, Esquire
Kenneth N. Schott, III, Esquire

(*Via CM/ECF Electronic Mail*)